UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. TIDWELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR OFFICE OF WORKERS' COMPENSATION PROGRAM,<br><br>    Defendant(s).<br>_____/ | No. C-11-06393 (DMR)<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for March 28, 2012 has been CONTINUED to **April 25, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **April 18, 2012.**

Self-represented parties may find it useful to consult the "Handbook for Litigants Without a Lawyer," which is available on the Northern District of California website at http://www.cand.uscourts.gov by clicking on the quick link entitled "If You Don't Have a Lawyer."

IT IS SO ORDERED.

Dated: March 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge