UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR R. TIDWELL,                               No. C-11-06393 (DMR)

    Plaintiff(s),                                **ORDER**

  v.

U.S. DEPARTMENT OF LABOR OFFICE OF
WORKERS&#039; COMPENSATION PROGRAM,

    Defendant(s).
_____/

During the April 25, 2012 Case Management Conference, the court ordered Plaintiff to serve Defendants with a summons and complaint by May 25, 2012. [Docket No. 11.] Plaintiff attempted service, but failed to do so correctly. [*See* Docket No. 13.] Moreover, the 120-day deadline for serving Defendants passed on April 14, 2012. *See* Fed. R. Civ. P. 4(m).

The court hereby ORDERS that the Rule 4(m) deadline be extended until June 27, 2012, so that Plaintiff my properly serve Defendants. If Plaintiff fails to meet this deadline, the court will dismiss this case without prejudice for failure to prosecute. The court advises Plaintiff to consult "Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants" that is available on our website, www.cand.uscourts.gov, by clicking on the quick link on the right side of the homepage entitled "If You Don't Have a Lawyer."

IT IS SO ORDERED.

Dated: June 6, 2012

                                                                DONNA M. RYU
                                                                 United States Magistrate Judge

United States District Court
For the Northern District of California