**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. TIDWELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR OFFICE OF WORKERS&#039; COMPENSATION PROGRAM,<br><br>    Defendant(s).<br>_____/ | No. C-11-06393 DMR<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Initial Case Management Conference previously scheduled for August 22, 2012 has been CONTINUED to **September 27, 2012 at 11:00 a.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 20, 2012.** Immediately upon receipt of this Order, Defendants shall serve Plaintiff with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: August 15, 2012

_____
DONNA M. RYU
United States Magistrate Judge